**Edward W. JEFFERSON,**
**Plaintiff–Appellant,**

v.

**Tyrone CROWDER, Lieutenant, 3/11 Shift; Robert Sanders, Sergeant, 3/11 Shift; J. Davis; T. Carter, Sergeant, 3/11 Shift; Correctional Officer Cottie, 3/11 Shift; Derrick Brown, Correctional Officer, 3/11 Shift; Lena Kent, Lieutenant, 3/11 Shift; Lieutenant Whitaker, 11/7 Shift, Defendants–Appellees.**

No. 00–6925.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2000.

Decided March 6, 2001.

Edward W. Jefferson, pro se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jefferson v. Crowder*, No. CA–99–2602–JFM (D.Md. June 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*